JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL WALLACE,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>WARREN L. MONTGOMERY,<br><br>　　　　　　Respondent. | Case No. 2:24-cv-01616-SPG-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Habeas Petition With Prejudice, IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: August 27, 2024

　　　　　　　　　　　　　　　　HON. SHERILYN PEACE GARNETT
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE